**Glory Chinyere OBI, Plaintiff–Appellant,**

v.

**VANTAGE HOUSE, Defendant–Appellee.**

**No. 14–2280.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 19, 2015.

Decided: June 25, 2015.

James C. Strouse, Strouse Legal Services, Columbia, SC, for Appellant. Elizabeth Torphy–Donzella, Shawe & Rosenthal, LLP, Baltimore, MD, for Appellee.

Before KING, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glory Chinyere Obi appeals the district court's order granting summary judgment in favor of Vantage House in Obi's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Obi v. Vantage House,* No. 1:13–cv–03820–JFM, 2014 WL 5587028 (D.Md. Oct. 31, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*